RONALD E. MALLEN (SBN 040928)
CASSIDY E. CHIVERS (SBN 203043)
HINSHAW & CULBERTSON, LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   (415) 362-6000
Facsimile:   (415) 834-9070
rmallen@hinshawlaw.com
cchivers@hinshawlaw.com

Attorneys for Plaintiff
IRONSHORE INDEMNITY, INC.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| IRONSHORE INDEMNITY, INC. | Case No. 1:15-CV-00375-AWI-GSA |
| Plaintiff, | ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |
| vs. | |
| JEFFREY D. BOHN, LAW OFFICES OF JEFFREY D. BOHN AND JERRY F. CHILDS | |
| Defendants | |

Pursuant to plaintiff's counsel's letter to the Court dated October 5, 2015, and good cause appearing therefore, IT IS SO ORDERED that the Initial Scheduling Conference previously scheduled for October 6, 2015 is continued 60 days to December 7, 2015, at 10:00 a.m.   The Parties' deadline to file a Joint Scheduling Report is November 30, 2015.

IT IS SO ORDERED.

Dated:   __October 5, 2015__          _____/s/ Gary S. Austin_____
                                        UNITED STATES MAGISTRATE JUDGE

1